IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | * | |
| | * | |
| I AM THAT I AM TRAINING CENTER, INC. | * | BK. NO. 07-34184-BJH-7 |
| | * | |
| | * | CHAPTER 7 |
| DEBTOR. | * | |

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

Transmitted herewith is a check in the amount of $895.42, for deposit into the court's unclaimed funds registry as unclaimed property for the above-referenced Chapter 7 case. I hereby certify that a period of more than ninety days has elapsed since the issuance of these funds and the disbursement checks have not been negotiated.

Disposition of Case: Open

Explanation of sources:

Final distribution checks were issued in this case on March 25, 2013. All checks have cleared with the exception of Check #10018, made payable to Libby Walker in the amount of $895.42. This check has not been cashed nor has it been returned to the Trustee's office. The Trustee has attempted to locate Ms. Walker, however, the phone number listed on the proof of claim form is no longer in operation and the Trustee has been unable to contact Ms. Walker.

The last know address for Libby Walker is P.O. Box 541313, Grand Prairie, Texas..

　　　　　　　　　　　　　　　　　　　/s/ Robert Milbank, Jr.
　　　　　　　　　　　　　　　　　　Robert Milbank, Jr., Trustee
　　　　　　　　　　　　　　　　　　900 Jackson Street, Ste. 560
　　　　　　　　　　　　　　　　　　Dallas, TX 75202
　　　　　　　　　　　　　　　　　　(214) 880-8771