Robert Milbank, Jr., Trustee
900 Jackson, Ste. 560
Dallas, TX  75202
214-880-8771

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| I AM THAT I AM TRAINING CENTER, | § | Case No. 07-34184 BJH |
| INC | | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT MILBANK, JR., TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            , and it was converted to chapter 7 on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ROBERT MILBANK, JR., TRUSTEE _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Development Center 8800 Ambassador Row Dallas TX  75247 | | | | | |
| | Texas Education Agency 1701 N. Congress Ave. Austin TX 78701 | | | | | |
| | CITIZENS DEVELOPMENT CENTER | | | | | |
| 000042 | DALLAS COUNTY | | | | | |
| 000005A | DELORES BEALL | | | | | |
| 000002A | TBF FINANCIAL, L.L.C | | | | | |
| 000014 | CDC FOUNDATION | | | | | |
| 000001 | DALLAS COUNTY | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT MILBANK, JR. | | | | | |
| ROBERT MILBANK, JR. | | | | | |
| ROBERT MILBANK, JR. | | | | | |
| ROBERT MILBANK, JR. | | | | | |
| FIDELITY TITLE | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| FIRST NATIONAL BANK OF VINITA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST NATIONAL BANK OF VINITA | | | | | |
| FIRST NATIONAL BANK OF VINITA | | | | | |
| FIRST NATIONAL BANK OF VINITA | | | | | |
| FIRST NATIONAL BANK OF VINITA | | | | | |
| FIRST NATIONAL BANK OF VINITA | | | | | |
| US TRUSTEE | | | | | |
| TXU ENERGY RETAIL CO., LLC | | | | | |
| ROBERT MILBANK, JR. | | | | | |
| ROBERT MILBANK, JR. | | | | | |
| LAIN FAULKNER & COMPANY | | | | | |
| LAIN FAULKNER & COMPANY | | | | | |
| WILLIAM A. MOTE | | | | | |
| ROSEN SYSTEMS, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | | | | | |
| DELORES BEALL | | | | | |
| DELORES BEALL | | | | | |
| TEXAS WORKFORCE COMMISSION | | | | | |
| CHERYL Y. HACKETT | | | | | |
| DEVON L. WALKER | | | | | |
| FELDMAN, ROGERS, MORRIS & GROVER, L | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| JUDD, THOMAS, SMITH & CO. | | | | | |
| KERA S. ROBINSON | | | | | |
| LAQUEETA L. JONES | | | | | |
| LIBBY WALKER | | | | | |
| MARK IAN AGEE, P.C. | | | | | |
| ROBIN ST JOHN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | David Childs Dallas County Tax Assessor-Collector Records Building 1st Flr. 500 Elm St. Dallas TX  75202 | | | | | |
| | IRS Insolvency Section PO Box 21126 Philadelphia PA 19114 | | | | | |
| | Texas Attorney General Bankruptcy & Collections P.O. Box 12548 Austin, Texas 78711 | | | | | |
| 000005B | DELORES BEALL | | | | | |
| 000008 | ERROL FLOYD SIMMS | | | | | |
| 000009 | FRANCES K. JONES | | | | | |
| 000026 | FRANCES K. JONES | | | | | |
| 000045 | FRANCES K. JONES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | GEORGE HAROLD WILLIAMS | | | | | |
| 000048 | GEORGE HAROLD WILLIAMS | | | | | |
| 000011 | JAMES A. GILLYARD | | | | | |
| 000035 | JAMES A. GILLYARD | | | | | |
| 000023 | JAMES MONTFORT | | | | | |
| | LAQUEETA L. JONES | | | | | |
| 000028 | LIBBY WALKER | | | | | |
| 000013 | PHILLIP JONES | | | | | |
| 000010 | WILLIE E. JONES | | | | | |
| 000027 | WILLIE E. JONES | | | | | |
| 000046 | WILLIE E. JONES | | | | | |
| | TEACHERS RETIREMENT SYSTEM OF TEXAS | | | | | |
| 000004A | INTERNAL REVENUE SERVICE | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security PO Box 650485 Dallas TX  75265 | | | | | |
| | AIT Technology 2001 E. Division St. Ste. 107 Arlington TX  76011 | | | | | |
| | All American Locksmith PO Box 851131 Mesquite TX 75185 | | | | | |
| | Allied Waste Services 1450 East Cleveland Hutchins, Texas  75141 | | | | | |
| | Ameritech Credit Corp. DBA SBC Capital Serv. PO Box 71614 Chicago IL  60694 | | | | | |
| | Atmos Energy PO Box 78108 Phoenix AZ  85062 | | | | | |
| | Barbara Foerch 1711 Live Oak Dr. Irving TX  75061 | | | | | |
| | Baylor Medical Center 2300 Marie Curie Dr. Garland TX 75042-5706 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bio Corporation 3911 Nevada St. Alexandria NM 56308 | | | | | |
| | CIT Group 21146 Network Pl. Chicago IL  60673 | | | | | |
| | Catering by Richard 6833 Talbort Pkwy. Dallas TX 75232 | | | | | |
| | Center for Education & Employment 370 Technology Dr. PO Box 3008 Malvern PA 19355 | | | | | |
| | Certegy Payment Recovery 11601 Roosevelt Blvd. St. Petersburg FL  33716 | | | | | |
| | City of Dallas Ambulance Service 1500 Marilla St. Rm. 2DS Dallas TX  75201 | | | | | |
| | City of Dallas Water City Hall 1AN Dallas TX  75277 | | | | | |
| | Dallas County Schools 612 N. Zang Blvd. Dallas TX  75208 | | | | | |
| | Dallas Finest Security PO Box 561001 Dallas TX  75356 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dallas Lutheran H.S. 8494 Stults Rd. Dallas TX  75243 | | | | | |
| | Delores Beall c/o Billy D. Price, P.C. 5489 Blair Rd Ste 425 Dallas, TX, 75231 | | | | | |
| | Educational Service Center Region 10 400 E. Spring Valley Rd. PO Box 831300 Richardson TX  75083 | | | | | |
| | Eric E. Wolfgang The Law Offices of Eric E. Wolfgang 3701 W. Northwest Hwy. Ste. 169B Dallas TX  75220 | | | | | |
| | Hermitage Art Co. 5151 N. Ravenswood Ave. Chicago IL 60640 | | | | | |
| | Houghton Mifflin 14046 Collections Center Dr. Chicago IL  60693 | | | | | |
| | Hubbard ISD PO Box 218 Hubbard TX  76648 | | | | | |
| | IDC Servco 3962 Landmark St. PO Box 1925 Culver City CA  90232-1925 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Imaging Consultants of Garland PO Box 1888 Greenville TX  75403-1888 | | | | | |
| | James Montfort 1131 Oakhurst Denton TX  76210 | | | | | |
| | Judd, Thomas, Smith & Co. 4 Forest Plaza 12222 Merit Dr. Ste. 1900 Dallas TX  75251 | | | | | |
| | Judd, Thomas, Smith & Co. 4 Forest Plaza 12222 Merit Dr. Ste. 1900 Dallas TX  75251 | | | | | |
| | McGraw Hill PO Box 2258 Carol Stream IL  60132 | | | | | |
| | Media Pro 5150 Palm Valley Rd. Ste. 302 Pointe Verda Beach FL  32082 | | | | | |
| | Mountain View College 4849 W. Illinois Ave. Dallas TX 75211 | | | | | |
| | Nextel/Sprint Communications PO Box 4181 Carol Stream IL  60197-4181 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | North Dallas Air Conditioning 2306 Springdale Rd. Farmers Branch TX  75234-5850 | | | | | |
| | OEM Supplies PO( Box 166051 Irving TX  75016 | | | | | |
| | Office Depot Dept. 58 PO Box 9020 Des Moines IA 50368-8020 | | | | | |
| | Paper Plate, Inc. 4848 S. Cockerhill Rd. Dallas TX 75236 | | | | | |
| | Pilgrim's Pride PO Box 915120 Dallas TX  75391-5120 | | | | | |
| | Pitney Bowes PO Box 856460 Louisville KY  40285 | | | | | |
| | Premium Funding Associates 5512 W. Plano Pkwy. Ste. 100 Plano TX  75093-4836 | | | | | |
| | RISO, Inc. PO Box 843001 Boston MA  02284-3001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Region 10 400 E. Spring Valley Rd. PO Box 831300 Richardson, TX 75081 | | | | | |
| | Region 13 5701 Springdale Rd. Attn:  Business Office Austin TX  78723 | | | | | |
| | Robert Schulman Feldman & Rogers LLP 517 Soledad Street San Antonio, TX 78205 | | | | | |
| | Rosman Adjustment Corp. PO Box1247 Northbrook IL 60065 | | | | | |
| | SBC Capital Service 13160 Collection Center Dr. Chicago IL  60693 | | | | | |
| | Sams Club PO Box 4596 Carol Stream IL  60197-4596 | | | | | |
| | Simplex Grinnell 1725 Lakepointe Dr. Lewisville TX 75051-6409 | | | | | |
| | Solonet Technologies 1144 Whispering Oaks Dr. DeSoto TX  75115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sparkletts PO Box 515326 Los Angeles CA  90051-6626 | | | | | |
| | TBF Financial c/o Michael Myers Myers & Wilson 16660 Dallas Parkway, Suite 2500 Dallas, TX 75248 | | | | | |
| | The 1st & 2nd Dimension Photo 1020 Marisa Ln. Desoto TX  75115 | | | | | |
| | The Visiting Nurse Association 1440 W. Mockingbird Ln. Ste. 500 Dallas TX  75247 | | | | | |
| | UIL 1701 Manor Rd. Austin TX  78722 | | | | | |
| | Whites Residential Heating 10212 Carolina Oaks Dr. Dallas TX  75227 | | | | | |
| | Woodwind & Brasswind 4004 Technology Dr. South Bend IN  46628 | | | | | |
| 000015 | ATMOS ENERGY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000034 | ATMOS ENERGY CORPORATION | | | | | |
| 000025 | BARBARA FOERCH, POA FOR THEODORE Z. | | | | | |
| 000007 | CATERING BY RICHARD | | | | | |
| 000016 | CATERING BY RICHARD | | | | | |
| 000029 | CATERING BY RICHARD | | | | | |
| 000005C | DELORES BEALL | | | | | |
| 000021 | GOPHER SPORTS | | | | | |
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| 00020B | JUDD, THOMAS, SMITH & CO. | | | | | |
| 000032 | JURRETHA PROCTOR | | | | | |
| | LAQUEETA L. JONES | | | | | |
| 000022 | MCGRAW HILL, MCGRAW-HILL COMPANIES | | | | | |
| 000033 | NORTH DALLAS AIR CONDITIONING | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | RECOVERY MANAGEMENT SYSTEMS CORPORA | | | | | |
| 000006 | SPRINT BANKRUPTCY | | | | | |
| 000002B | TBF FINANCIAL, L.L.C | | | | | |
| 000040 | TEXAS EDUCATION AGENCY | | | | | |
| 000003 | THE VISITING NURSE ASSOCIATION | | | | | |
| 00027B | WILLIE E. JONES | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page:    1

Exhibit 8

| Case No: | 07-34184 | BJH | Judge: BARBARA J. HOUSER |
|---|---|---|---|
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | | |

For Period Ending:  09/05/13

| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 02/04/08 (c) |
| 341(a) Meeting Date: | 03/05/08 |
| Claims Bar Date: | 07/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Bank Account - BOA (u) | 0.00 | 34.49 | | 34.49 | FA |
| 2. Bank Account - Inwood Natl Bank | 48,000.00 | 30,892.31 | | 30,892.31 | FA |
| 3. Bank Account - Northern Trust | 63,000.00 | 0.00 | | 0.00 | FA |
| 4. Account Receivable - TEA | 1.00 | 0.00 | | 0.00 | FA |
| 5. Academy and 5 acres | 262,440.00 | 225,000.00 | | 225,000.00 | FA |
| 6. 4 Parcels of Land | 125,000.00 | 0.00 | OA | 0.00 | FA |
| 7. 1995 School Bus | 4,700.00 | 1,150.00 | | 1,150.00 | FA |
| 8. Office and School Room Equipment | 86,206.00 | 26,699.20 | | 26,699.20 | FA |
| 9. Potential Cause of Action ag. Jamers Monfort | Unknown | 0.00 | | 0.00 | FA |
| 10. Potential Cause of Action ag. Delores Beall | Unknown | 0.00 | | 0.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 201.65 | FA |
| 12. Bank account - Well Fargo (u) | 0.00 | 3,643.24 | | 3,643.24 | FA |
| 13. Refund - Dart Bus Passes (u) | 0.00 | 1,700.00 | | 1,700.00 | FA |
| 14. Misc Refund (u) | 0.00 | 1,662.00 | | 1,662.00 | FA |
| 15. PETTY CASH | 7.00 | 0.00 | | 0.00 | FA |
| 16. Ch 11 Texas Health Benefit Premium (u) For -ees terminated pre-conversion | 0.00 | 2,616.00 | | 2,616.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $589,354.00 | $293,397.24 | | $293,598.89 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been liquidated.  The final tax return has been filed.  Eight Objections to Claims were filed 9/19/12;

03-35792

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 07-34184    BJH    Judge: BARBARA J. HOUSER | | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | | Date Filed (f) or Converted (c): | 02/04/08 (c) |
| | | | 341(a) Meeting Date: | 03/05/08 |
| | | | Claims Bar Date: | 07/24/08 |

the deadline to respond is 10/22/12.  Trustee anticipates Professionals' Fee Applications will be filed by 11/15/12 and
the Trustee's Final Report will be filed by 12/31/12.

Initial Projected Date of Final Report (TFR): 12/31/09        Current Projected Date of Final Report (TFR): 12/31/12

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-34184 -BJH | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | Bank Name: | FIRST NATIONAL BANK OF VINITA |
| | | Account Number / CD #: | *******1000 Checking - Non Interest |
| Taxpayer ID No: | *******7246 | | |
| For Period Ending: | 09/05/13 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 64,917.59 | | 64,917.59 |
| 09/24/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 14.67 | 64,902.92 |
| 10/16/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 40.02 | 64,862.90 |
| 11/06/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 41.33 | 64,821.57 |
| 12/07/12 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 39.96 | 64,781.61 |
| 01/08/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 41.27 | 64,740.34 |
| 01/21/13 | 010001 | LAIN FAULKNER & COMPANY 400 N. ST. PAUL, STE. 600 DALLAS, TX  75201 | Per 1/18/13 Order | 3410-000 | | 29,676.86 | 35,063.48 |
| 01/21/13 | 010002 | LAIN FAULKNER & COMPANY 400 N. ST. PAUL, STE. 600 DALLAS, TX  75201 | | 3420-000 | | 323.14 | 34,740.34 |
| 02/07/13 | | FIRST NATIONAL BANK OF VINITA | BANK SERVICE FEE | 2600-000 | | 61.55 | 34,678.79 |
| 03/25/13 | 010003 | Robert Milbank, Jr., 900 Jackson Street, Ste. 560 Dallas, TX 75202 | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,676.58 | 27,002.21 |
| 03/25/13 | 010004 | Robert Milbank, Jr., 900 Jackson Street, Ste. 560 Dallas, TX 75202 | Attorney for Trustee Expenses (Trus | 3120-000 | | 1,146.18 | 25,856.03 |
| 03/25/13 | 010005 | ROBERT MILBANK, JR. 900 JACKSON STREET SUITE 560 DALLAS, TX  75202 | Chapter 7 Compensation/Fees | 2100-000 | | 3,429.94 | 22,426.09 |
| 03/25/13 | 010006 | ROBERT MILBANK, JR. 900 JACKSON STREET SUITE 560 DALLAS, TX  75202 | Chapter 7 Expenses | 2200-000 | | 3,749.09 | 18,677.00 |
| 03/25/13 | 010007 | US Trustee <B>(ADMINISTRATIVE)</B> 1100 Commerce St. Room 976 | Claim 000019A, Payment 100.00000% | 2950-000 | | 2,475.00 | 16,202.00 |

FORM 2

Page:  2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-34184  -BJH | |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | |
| | | |
| Taxpayer ID No: | *******7246 | |
| For Period Ending: | 09/05/13 | |

Trustee Name:    ROBERT MILBANK, JR., TRUSTEE
Bank Name:    FIRST NATIONAL BANK OF VINITA
Account Number / CD #:    *******1000  Checking - Non Interest

Blanket Bond (per case limit):    $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Dallas, TX 75242 | | | | | |
| 03/25/13 | 010008 | MARK IAN AGEE, P.C. 5401 NORTH CENTRAL EXPWY., STE. 220 DALLAS, TX   75205 | Other Prior Chapter Administrative | 6990-000 | | 1,836.12 | 14,365.88 |
| 03/25/13 | 010009 | Texas Workforce Commission Regulatory Integrity Division - SAU 101 E 15th Street Room 556 Austin TX 78778-0001 | Claim 000018, Payment 33.07194% | 6950-730 | | 1,608.96 | 12,756.92 |
| 03/25/13 | 010010 | Judd, Thomas, Smith & Co. 4 Forest Plaza 12222 Merit Dr. Ste. 1900 Dallas, TX 75251 | Claim 000020, Payment 33.07208% | 6990-000 | | 835.07 | 11,921.85 |
| 03/25/13 | 010011 | Feldman, Rogers, Morris & Grover, L.L.P. 517 Soledad Street San Antonio, TX 78205 | Claim 000024, Payment 33.07208% | 6990-000 | | 2,957.19 | 8,964.66 |
| 03/25/13 | 010012 | Kera S. Robinson 6969 Clarkridge Drive no. 1307 Dallas, TX 75236 | Claim 000030, Payment 33.07230% | 6990-000 | | 395.72 | 8,568.94 |
| 03/25/13 | 010013 | Cheryl Y. Hackett 804 E. Cantey Street Fort Worth, TX 76104 | Claim 000036, Payment 33.07216% | 6990-000 | | 1,276.01 | 7,292.93 |
| 03/25/13 | 010014 | Laqueeta L. Jones 1330 Harvest Hill Lancaster, TX 75146 | Claim 000037, Payment 33.07245% | 6990-000 | | 346.93 | 6,946.00 |
| 03/25/13 | 010015 | Devon L. Walker 8850 Ferguson Rd., #2112 Dallas, TX 75228-8322 | Claim 000038, Payment 33.07197% | 6990-000 | | 2,471.25 | 4,474.75 |
| 03/25/13 | 010016 | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Claim 000041, Payment 33.07207% | 6990-000 | | 1,950.70 | 2,524.05 |
| 03/25/13 | 010017 | Robin St John | Claim 000044, Payment 33.07209% | 6990-000 | | 426.63 | 2,097.42 |

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-34184 -BJH |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC |
| | |
| Taxpayer ID No: | *******7246 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Bank Name: | FIRST NATIONAL BANK OF VINITA |
| Account Number / CD #: | *******1000  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 03/25/13 | 010018 | 907 Bay Port Dr Lancaster, TX 75134 Libby Walker PO Box 541313 Grand Prairie, TX 75054 | Claim 000047, Payment 33.07184% | 6990-004 | | 895.42 | 1,202.00 |
| * 03/25/13 | 010018 | Libby Walker PO Box 541313 Grand Prairie, TX 75054 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 6990-004 | | -895.42 | 2,097.42 |
| 03/25/13 | 010019 | TBF Financial, L.L.C CO Myers Wilson P.C. Attn: Michael H. Myers 16660 Dallas Parkway, Suite 2500 Dallas, TX 75248 | Claim 000002A, Payment 100.00000% | 4210-000 | | 1,202.00 | 895.42 |
| 07/08/13 | | U. S. BANKRUPTCY CLERK 1100 COMMERCE, ROOM 1254 DALLAS, TX 75242 | | 6990-000 | | 895.42 | 0.00 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| | | |
| Memo Allocation Net: | 0.00 | |

| Account  *******1000 | | | | | |
|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 21 | Checks | 64,678.79 |
| 0 | Interest Postings | 0.00 | 6 | Adjustments Out | 238.80 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $    0.00 | | | |
| | | | | Total | $    64,917.59 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 64,917.59 | | | |
| | Total | $    64,917.59 | | | |

LFORM2T4

**UST Form 101-7-TDR (5/1/2011)** *(Page: 23)*

Ver: 17.03

Page:    4

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-34184 -BJH | |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | |

| | |
|---|---|
| Taxpayer ID No: | *******7246 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6448  TIP Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $  300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/11/08 | 1 | Bank of America | Liquidattion of Bank Account | 1229-000 | 34.49 | | 34.49 |
| 02/19/08 | 2 | INWOOD NATIONAL BANK | Liquidation of Bank Account | 1129-000 | 30,892.31 | | 30,926.80 |
| 02/29/08 | 11 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 2.03 | | 30,928.83 |
| 03/03/08 | 12 | Wells Fargo Bank, N.A. | Liquidation of Bank Account | 1229-000 | 3,643.24 | | 34,572.07 |
| 03/18/08 | 7, 8 | ROSEN SYSTEMS | Auction Proceeds | 1129-000 | 27,849.20 | | 62,421.27 |
| 03/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.350 | 1270-000 | 12.23 | | 62,433.50 |
| 04/10/08 | 13 | DART AREA RAPID TRANSIT | Refund | 1229-000 | 1,700.00 | | 64,133.50 |
| 04/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.350 | 1270-000 | 18.19 | | 64,151.69 |
| 05/22/08 | | Transfer to Acct #*******6558 | Bank Funds Transfer | 9999-000 | | 5,619.97 | 58,531.72 |
| 05/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 13.19 | | 58,544.91 |
| 06/02/08 | 14 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | Miscellaneous Refund | 1229-000 | 310.00 | | 58,854.91 |
| 06/05/08 | 14 | TEXAS MUTUAL INSURANCE CO. | Insurance Refund | 1229-000 | 472.00 | | 59,326.91 |
| 06/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 12.13 | | 59,339.04 |
| 07/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 12.56 | | 59,351.60 |
| 08/26/08 | 14 | COUNTY OF DALLAS | Refund | 1229-000 | 500.00 | | 59,851.60 |
| 08/26/08 | 14 | COUNTY OF DALLAS | Refund | 1229-000 | 380.00 | | 60,231.60 |
| 08/29/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 12.59 | | 60,244.19 |
| 09/30/08 | 11 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 12.35 | | 60,256.54 |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 10.95 | | 60,267.49 |
| 11/28/08 | 11 | BANK OF AMERICA | Interest Rate  0.200 | 1270-000 | 9.87 | | 60,277.36 |
| 12/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 6.07 | | 60,283.43 |
| 01/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.02 | | 60,284.45 |
| 02/25/09 | 5 | FIDELITY NATIONAL TITLE AGENCY, INC. | | | 25,705.40 | | 85,989.85 |
| | | CITIZENS DEVELOPMENT CENTER | Memo Amount:    (    195,111.65 ) | 4110-000 | | | |
| | | | Secured Lien | | | | |
| | | | Memo Amount:    225,000.00 | 1110-000 | | | |
| | | | Sale of Assets | | | | |
| | | FIDELITY TITLE | Memo Amount:    (    4,182.95 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 24)*

Ver: 17.03

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 07-34184 -BJH |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC |
| | |
| Taxpayer ID No: | *******7246 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6448  TIP Account |
| | |
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 02/27/09 | 11 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 0.95 | | 85,990.80 |
| | 03/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.020 | 1270-000 | 1.47 | | 85,992.27 |
| | 04/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.53 | | 85,995.80 |
| | 05/29/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.65 | | 85,999.45 |
| * | 06/10/09 | | TEXAS COMPTROLLER OF PUBLIC ACCTS. | Liquidation of health premium | 1290-003 | 2,310.00 | | 88,309.45 |
| * | 06/10/09 | | TEXAS COMPTROLLER OF PUBLIC ACCTS. | Liquidation of health premium Wrong amount | 1290-003 | -2,310.00 | | 85,999.45 |
| | 06/10/09 | 16 | TEXAS COMPTROLLER OF PUBLIC ACCTS | Liquidation of Health Premium | 1290-000 | 2,616.00 | | 88,615.45 |
| | 06/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.61 | | 88,619.06 |
| | 07/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.76 | | 88,622.82 |
| | 08/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.76 | | 88,626.58 |
| | 09/16/09 | | Transfer to Acct #*******6558 | Bank Funds Transfer | 9999-000 | | 20,705.40 | 67,921.18 |
| | 09/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 3.22 | | 67,924.40 |
| | 10/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.88 | | 67,927.28 |
| | 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 67,930.07 |
| | 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.88 | | 67,932.95 |
| | 01/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.88 | | 67,935.83 |
| | 02/22/10 | | Transfer to Acct #*******6558 | Bank Funds Transfer | 9999-000 | | 2,189.71 | 65,746.12 |
| | 02/26/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.59 | | 65,748.71 |
| | 03/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,751.50 |
| | 04/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.70 | | 65,754.20 |
| | 05/28/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,756.99 |
| | 06/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.70 | | 65,759.69 |
| | 07/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,762.48 |
| | 08/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,765.27 |
| | 09/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.70 | | 65,767.97 |
| | 10/29/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,770.76 |
| | 11/30/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.70 | | 65,773.46 |
| | 12/31/10 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,776.25 |
| | 01/31/11 | 11 | BANK OF AMERICA | Interest Rate  0.050 | 1270-000 | 2.79 | | 65,779.04 |
| | 02/28/11 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.50 | | 65,779.54 |

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 07-34184 -BJH | Trustee Name: ROBERT MILBANK, JR., TRUSTEE |
| Case Name: I AM THAT I AM TRAINING CENTER, INC | Bank Name: BANK OF AMERICA |
| | Account Number / CD #: *******6448 TIP Account |
| Taxpayer ID No: *******7246 | |
| For Period Ending: 09/05/13 | Blanket Bond (per case limit): $ 300,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,780.10 |
| 04/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.53 | | 65,780.63 |
| 05/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.57 | | 65,781.20 |
| 06/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.54 | | 65,781.74 |
| 07/29/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.55 | | 65,782.29 |
| 08/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,782.85 |
| 09/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.54 | | 65,783.39 |
| 10/31/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,783.95 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 83.81 | 65,700.14 |
| 11/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.54 | | 65,700.68 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 81.00 | 65,619.68 |
| 12/30/11 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.55 | | 65,620.23 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 80.90 | 65,539.33 |
| 01/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,539.89 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 85.95 | 65,453.94 |
| 02/29/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.52 | | 65,454.46 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 77.79 | 65,376.67 |
| 03/30/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.55 | | 65,377.22 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 80.38 | 65,296.84 |
| 04/30/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.54 | | 65,297.38 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 82.96 | 65,214.42 |
| 05/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.55 | | 65,214.97 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 82.85 | 65,132.12 |
| 06/29/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.53 | | 65,132.65 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 77.41 | 65,055.24 |
| 07/31/12 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.56 | | 65,055.80 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 85.32 | 64,970.48 |
| 08/21/12 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.36 | | 64,970.84 |
| 08/21/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR | BANK FEES | 2600-000 | | 53.25 | 64,917.59 |

FORM 2                                                                                                    Page:    7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                      Exhibit 9

| | |
|---|---|
| Case No: | 07-34184 -BJH |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC |

| | |
|---|---|
| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6448  TIP Account |

| | |
|---|---|
| Taxpayer ID No: | *******7246 |
| For Period Ending: | 09/05/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $   300,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/21/12 | | DALLAS, TX  75283<br>Trsf To FIRST NATIONAL BANK OF VINI | FINAL TRANSFER | 9999-000 | | 64,917.59 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Account  *******6448 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
| | | 13 | Deposits | 94,102.64 | 11 | Adjustments Out | 871.62 |
| | | 55 | Interest Postings | 201.65 | 4 | Transfers Out | 93,432.67 |
| Memo Allocation Receipts: | 225,000.00 | | Subtotal | $   94,304.29 | | | |
| Memo Allocation Disbursements: | 199,294.60 | | | | | Total | $   94,304.29 |
| Memo Allocation Net: | 25,705.40 | 0 | Adjustments In | 0.00 | | | |
| | | 0 | Transfers In | 0.00 | | | |
| | | | Total | $   94,304.29 | | | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 27)*

Ver: 17.03

Page: 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-34184 -BJH | |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | |

Taxpayer ID No: *******7246
For Period Ending: 09/05/13

| | | |
|---|---|---|
| Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6558  Checking - Non Interest |

Blanket Bond (per case limit):  $   300,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/22/08 | | Transfer from Acct #*******6448 | Bank Funds Transfer | 9999-000 | 5,619.97 | | 5,619.97 |
| 05/22/08 | 001001 | ROSEN SYSTEMS,  INC. | Per 5/20/08 Order | 3620-000 | | 5,619.97 | 0.00 |
| | | 17744 PRESTON ROAD, #100 | | | | | |
| | | DALLAS, TX 75252 | | | | | |
| 09/16/09 | | Transfer from Acct #*******6448 | Bank Funds Transfer | 9999-000 | 20,705.40 | | 20,705.40 |
| 09/16/09 | 001002 | William A. Mote | Per 9/16/09 Order | 3510-000 | | 6,750.00 | 13,955.40 |
| | | Mote & Asociates, Inc. | | | | | |
| | | 515 N. Cedar Ridge, Suite 9 | | | | | |
| | | Duncanville, TX   75126 | | | | | |
| 09/16/09 | 001003 | ROBERT MILBANK, JR. | Per 9/16/09 Order | 2100-000 | | 4,065.19 | 9,890.21 |
| | | 900 JACKSON STREE, SUITE 560 | | | | | |
| | | DALLAS, TX 75202 | | | | | |
| 09/16/09 | 001004 | ROBERT MILBANK, JR. | Per 9/16/09 Order | 2200-000 | | 9,890.21 | 0.00 |
| | | 900 JACKSON STREE, SUITE 560 | | | | | |
| | | DALLAS, TX 75202 | | | | | |
| 02/22/10 | | Transfer from Acct #*******6448 | Bank Funds Transfer | 9999-000 | 2,189.71 | | 2,189.71 |
| 02/22/10 | 001005 | Teachers Retirement System of Texas | Retirement Plan Contributions | 5400-000 | | 1,987.84 | 201.87 |
| | | c/o Stuart Phillips | Per 2/18/10 Order | | | | |
| | | Assistant Attorney General | | | | | |
| | | P.O. Box 12548, MC-008 | | | | | |
| | | Austin, TX  78711-2548 | | | | | |
| 02/22/10 | 001006 | Teachers Retirement System of Texas | Care Contributions | 5400-000 | | 201.87 | 0.00 |
| | | c/o Stuart Phillips | Per 2/18/10 Order | | | | |
| | | Assistant Attorney General | | | | | |
| | | P.O. Box 12548, MC-008 | | | | | |
| | | Austin, TX  78711-2548 | | | | | |

LFORM2T4
**UST Form 101-7-TDR (5/1/2011)** *(Page: 28)*

Ver: 17.03

FORM 2

Page:   9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-34184  -BJH | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
| Case Name: | I AM THAT I AM TRAINING CENTER, INC | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6558  Checking - Non Interest |
| Taxpayer ID No: | *******7246 | | |
| For Period Ending: | 09/05/13 | Blanket Bond (per case limit): | $   300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account  *******6558 | | Balance Forward | 0.00 | | |
| | 0 | Deposits | 0.00 | 6  Checks | 28,515.08 |
| | 0 | Interest Postings | 0.00 | 0  Adjustments Out | 0.00 |
| | | | | 0  Transfers Out | 0.00 |
| | | Subtotal | $          0.00 | | |
| | | | | Total | $    28,515.08 |
| | 0 | Adjustments In | 0.00 | | |
| | 3 | Transfers In | 28,515.08 | | |
| | | Total | $    28,515.08 | | |

| Memo Allocation Receipts: | 0.00 |
| Memo Allocation Disbursements: | 0.00 |
| Memo Allocation Net: | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | |
| | 13 | Deposits | 94,102.64 | 27  Checks | 93,193.87 |
| | 55 | Interest Postings | 201.65 | 17  Adjustments Out | 1,110.42 |
| | | | | 4  Transfers Out | 93,432.67 |
| | | Subtotal | $    94,304.29 | | |
| | | | | Total | $   187,736.96 |
| | 0 | Adjustments In | 0.00 | | |
| | 4 | Transfers In | 93,432.67 | | |
| | | Total | $   187,736.96 | Net Total Balance | $          0.00 |

| Total Allocation Receipts: | 225,000.00 |
| Total Allocation Disbursements: | 199,294.60 |
| Total Memo Allocation Net: | 25,705.40 |

LFORM2T4 **UST Form 101-7-TDR (5/1/2011)** *(Page: 29)*

Ver: 17.03